IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| APRIL ROSE WILKENS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-05-254-M ) |
| RON WARD, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On March 1, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's federal constitutional rights. The Magistrate Judge recommended that plaintiff's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction [docket no. 51] be denied. The parties were advised of their right to object to the Report and Recommendation by March 21, 2006. On March 8, 2006, plaintiff filed her objection.

Having carefully reviewed this matter de novo, the Court finds that plaintiff has not made a clear showing of her entitlement to a mandatory preliminary injunction. Accordingly, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 1, 2006, and

(2) DENIES plaintiff's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction [docket no. 51].

**IT IS SO ORDERED this 13th day of March, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE