**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| APRIL ROSE WILKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-05-254-M |
| | ) |
| RON WARD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is plaintiff's Motion for Reconsideration of Order Denying T.R.O. and/or Preliminary Injunction. "Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct error or prevent manifest injustice." *Servants of the Paraclete v. John Does I-XVI*, 204 F.3d 1005, 1012 (10th Cir. 2000). A motion to reconsider is appropriate "where the court has misapprehended the facts, a party's position, or the controlling law" but is not appropriate "to revisit issues already addressed or advance arguments that could have been raised in prior briefing." *Id.*

Having carefully reviewed plaintiff's motion, the Court finds no grounds warranting reconsideration in the case at bar. Specifically, the Court finds no intervening change in the controlling law, no new evidence previously unavailable, and no need to correct clear error or prevent manifest injustice. The Court further finds it did not misapprehend the facts, it did not misapprehend plaintiff's position, and it did not misapprehend the controlling law. The Court finds that in her motion for reconsideration, plaintiff merely reargues issues which were already addressed by the Court in its March 13, 2006 Order.

Accordingly, the Court DENIES plaintiff's Motion for Reconsideration of Order Denying T.R.O. and/or Preliminary Injunction [docket no. 64].

**IT IS SO ORDERED this 28th day of March, 2006.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE