**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| APRIL ROSE WILKENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-254-M |
| ) | |
| RON WARD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On July 31, 2007, United States Magistrate Judge Valerie K. Couch issued a Supplemental Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended that defendants' second motion for summary judgment be granted, plaintiff's cross-motion for summary judgment be denied, judgment in favor of defendants on each of plaintiff's federal law claims be entered, and plaintiff's pendent state law claims of negligence be dismissed without prejudice. The parties were advised of their right to object to the Supplemental Report and Recommendation by August 20, 2007. On August 20, 2007, plaintiff filed her objection, objecting to the Supplemental Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Supplemental Report and Recommendation issued by the Magistrate Judge on July 31, 2007;

(2) DENIES plaintiff's Cross-Motion for Summary Judgment [docket nos. 106 and 107];

(3) GRANTS defendants' Second Motion for Summary Judgment [docket no. 97];

(4) ORDERS that judgment issue forthwith in favor of defendants and against plaintiff on each of plaintiff's federal law claims; and

(5)     DISMISSES plaintiff's pendent state law claims of negligence without prejudice.

**IT IS SO ORDERED this 22nd day of August, 2007.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE